1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DONNA M. MONTANO, CSBN 165628
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: donna.montano@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SOUVANHY SOULISACK, ) <br> ) <br> Plaintiff, ) <br> ) <br>        v.      ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 1:07-00844-SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

   Pursuant to the scheduling order in this case, Paragraph 12, the parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Opening Brief be extended from December 31, 2007 to January 30 2008.

   This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. Defendant needs the additional time due to a heavy briefing schedule.

                                            Respectfully submitted,


Dated: Jaunary 2, 2008                      /s/ Brian C. Shapiro
                                            (As authorized via e-mail)
                                            BRIAN C. SHAPIRO
                                            Attorney for Plaintiff

Dated: Jaunary 2, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Donna M. Montano*
DONNAM. MONTANO
Special Assistant U.S. Attorney

ORDER:

**IT IS SO ORDERED**.

Dated:  1/17/2008

 /s/ Sandra M. Snyder
SANDRA M. SNYDER
United States Magistrate Judge

2